```
CLINT D. ROBISON (SBN: 158834)
  crobison@hinshawlaw.com
AMY K. JENSEN (SBN: 226589)
  ajensen@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Boulevard
Suite 800
Los Angeles, CA 90025
Tel: (310) 909-8000
Fax: (310) 909-8001

Attorneys for Defendant
BARRETT BUSINESS SERVICES, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KEMPF<br><br>Plaintiff,<br><br>vs.<br><br>BARRETT BUSINESS SERVICES, INC.,<br><br>Defendant. | Case No. C06 3161<br><br>**STIPULATION OF PARTIES FOR BENCH TRIAL; [PROPOSED] ORDER**<br><br>Trial Date:  June 18, 2007 |

**TO THIS HONORABLE COURT:**

   **COME NOW** Plaintiff RICHARD A. KEMPF and Defendant BARRETT BUSINESS SERVICES, INC., by and through their respective counsel of record, and hereby submit the following Stipulation to the Court for its consideration and jointly submit the attached proposed Order setting this matter for a bench trial.

   WHEREAS, this case was filed on May 11, 2006;

   WHEREAS, the trial in this matter is presently set to commence on June 18, 2007;

---
1
**STIPULATION OF PARTIES FOR BENCH TRIAL**

1  WHEREAS, Plaintiff contends that Defendant has not tendered to Plaintiff
2  bonus wages allegedly earned during Plaintiff's employment with Defendant.
3  Defendant denies Plaintiff's claim;
4  WHEREAS, during the course of trial preparation, counsel have met and
5  conferred and determined that both parties agree to waive a jury trial and proceed
6  with a bench trial;
7  WHEREAS, the parties recognize that this court has the power to exercise
8  reasonable control over all proceedings connected with the litigation to ensure the
9  orderly and economic administration of justice;
10  WHEREAS, the parties agree that this Stipulation may be executed in
11  counterparts, and that facsimile signatures shall be deemed acceptable signatures for
12  the purposes of this Stipulation.

**IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR COUNSEL OF RECORD THAT:**

The parties, by and through their respective counsel of record, hereby waive their right to a jury trial and request that this matter be submitted to the bench for consideration of all issues at trial.

Dated: May 11, 2007

HINSHAW & CULBERTSON LLP

By: _____
CLINT D. ROBISON
AMY K. JENSEN
Attorneys for Defendant
BARRETT BUSINESS SERVICES, INC.

1  Dated: May 11, 2007

LAW OFFICES OF ALAN ADELMAN

By: *Alan Adelman*
ALAN ADELMAN
Attorneys for Plaintiff
RICHARD A. KEMPF

### ORDER

Pursuant to the concurrently filed Stipulation of the parties herein, and all parties having waived their right to a jury trial, this Court orders this matter to proceed by way of a bench trial.

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated: May 11, 2007

U.S. District [Judge]

*IT IS SO ORDERED*
Judge Samuel Conti

---

3
**STIPULATION OF PARTIES FOR BENCH TRIAL**

31059647v1 865343

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the county of the aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On May 11, 2007, I served the foregoing document described as:

**STIPULATION OF PARTIES FOR BENCH TRIAL; [PROPOSED] ORDER**

[ XX ]   **BY MAIL**: I enclosed said document(s) in sealed envelope(s) with the postage thereon fully prepaid. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

> Alan Adelman, Esq.
> Law Offices of Alan Adelman
> 240 Stockton St., 9th Floor
> San Francisco, CA 94108

[ ]   **BY FACSIMILE:** By transmitting a true copy thereof from facsimile number (310) 909-8001 to the interested parties and/or attorney(s) of record at the facsimile numbers indicated for each.

XXX  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 11, 2007 at Los Angeles, California.

_____
Veronica Perez