1  CLINT D. ROBISON (SBN: 158834)
      crobison@hinshawlaw.com
2  AMY K. JENSEN (SBN: 226589)
      ajensen@hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   11601 Wilshire Boulevard
4  Suite 800
   Los Angeles, CA 90025
5  Tel: (310) 909-8000
   Fax: (310) 909-8001
6
   Attorneys for Defendant
7  BARRETT BUSINESS SERVICES, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 RICHARD A. KEMPF                    Case No. C06 3161

12         Plaintiff,                  [Assigned to the Hon. Samuel Conti]

13     vs.                             DEFENDANT BARRETT BUSINESS
                                       SERVICE, INC.'S APPLICATION
14                                     TO ALLOW OUT-OF-STATE
                                       DEFENSE WITNESS JIM MILLER
15 BARRETT BUSINESS SERVICES,          TO APPEAR TELEPHONICALLY
   INC.,                               AT TRIAL
16
                                       Trial Date:   June 18, 2007
17         Defendant.

18

19

20 TO THIS HONORABLE COURT:

21     **COMES NOW** Defendant BARRETT BUSINESS SERVICES, INC.

22 (hereinafter "Barrett) unless otherwise specified) and hereby respectfully requests

23 that this Court allow out-of-state defense witness Jim Miller to appear telephonically

24 at the trial in this matter which is presently scheduled to commence on June 18,

25 2007.

26     Mr. Miller is a Corporate Credit Manager for Defendant Barrett Business

27 Services, Inc. and works at Barrett's corporate headquarters in Vancouver,

28                                     1

DEFENDANT BARRETT BUSINESS SERVICE, INC.'S APPLICATION TO ALLOW OUT-OF-
STATE DEFENSE WITNESS JIM MILLER TO APPEAR TELEPHONICALLY AT TRIAL

31059647v1 865343

1  Washington.

2      Mr. Miller has been identified as a witness in this litigation.

3      Mr. Miller is anticipated to testify about, among other things, his quarterly e-
4  mail correspondence to Plaintiff which attached the Quarterly Bonus Schedules.

5      Mr. Miller may also offer testimony regarding the Barrett manager profit
6  sharing bonus plan.

7      Barrett does not anticipate that Mr. Miller's testimony will be lengthy, and in
8  fact, previously estimated his testimony to be approximately ½ hour in length.

9      Mr. Miller has agreed to be "on call" and available for his trial testimony
10 beginning on June 18, 2007 at 9:30 a.m. and continuing as needed through the
11 course of the trial.

12     Mr. Miller has not been deposed in this matter and accordingly there will be
13 no testimony to be read into the record.

14     Counsel for Barrett has spoken with counsel for Plaintiff who advised that he
15 would not object to Mr. Miller's telephonic appearance.

16     WHEREFORE, due to his location and his (estimated) brief testimony,
17 Barrett respectfully requests that this Court allow Mr. Miller to appear
18 telephonically from his office in Vancouver, Washington, for the trial in this matter.

Dated: June 12, 2007

HINSHAW & CULBERTSON LLP

By: _____
CLINT D. ROBISON
AMY K. JENSEN
Attorneys for Defendant
BARRETT BUSINESS SERVICES, INC.

**DENIED**
Judge Samuel Conti
6/13/07

2

DEFENDANT BARRETT BUSINESS SERVICE, INC.'S APPLICATION TO ALLOW OUT-OF-STATE DEFENSE WITNESS JIM MILLER TO APPEAR TELEPHONICALLY AT TRIAL

31059647v1 865343