June 13, 2007

**VIA E-FILING**

Teresa De Martini
Clerk – Department 1
U.S. District Court for the Northern District of California
450 Golden Gate, 17th Floor
San Francisco, CA 94102

    Re:  *Richard Kempf v. Barrett Business Services, Inc.*; C06-3161
           Electronic Equipment at Trial

Dear Ms. De Martini:

The above-referenced matter is presently set for a bench trial before the Honorable Samuel Conti on Monday, June 18, 2007.

Pursuant to your instructions, the parties desire to bring the following electronic equipment into the building and/or courtroom on Monday, June 18, 2007 and each day of trial thereafter:

- Cellular telephone(s)
- Blackberry handheld device(s)
- Laptop computer(s)
- Portable printer(s)

Please contact Amy K. Jensen at 310-909-8000 or Alan Adelman at 415-956-1360 if you have any questions or comments concerning the following.

Very truly yours,

| HINSHAW & CULBERTSON LLP | LAW OFFICES OF ALAN ADELMAN |
|---|---|
| *[signature]* | *[signature]* |
| Amy K. Jensen | Alan Adelman |
| ajensen@hinshawlaw.com | alan@alanadelmanlaw.com |

IT IS SO ORDERED
*[signature]*
Judge Samuel Conti
6/13/07

31082833v1 865343