UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KEMPF,<br><br>        Plaintiff,<br><br>  v.<br><br>BARRETT BUSINESS SERVICES, INC.,<br><br>        Defendant. | No. C-06-3161 SC<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S RULE <u>59(e) MOTION</u> |

    By letter, Plaintiff Richard Kempf informed the Court of his belief that certain claims raised in the Complaint were not addressed in the Court's Memorandum of Decision.  The Court hereby ORDERS Plaintiff to submit a motion pursuant to Federal Rule of Civil Procedure 59(e) proposing amendments to the Court's Memorandum of Decision and Judgment, describing the legal basis for such amendments, and including an accounting of the costs, fees, and interest to which Plaintiff believes he is entitled. Plaintiff shall file his motion no later than Friday, August 10, 2007.  Defendant Barrett Business Services, Inc. shall file a brief in opposition to this motion no later than Friday, August 24, 2007.  If Plaintiff wishes, he may file a reply brief no later than August 31, 2007.  At that time, the Court will take the

1  matter under submission without appearance or oral argument.

2

3       IT IS SO ORDERED.

4

5       Dated: August 2, 2007

6                                           _____
                                            UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California