UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. KEMPF, | No. C-06-3161 SC |
| Plaintiff, | |
| | AMENDED JUDGMENT |
| v. | |
| BARRETT BUSINESS SERVICES, INC., | |
| Defendant. | |

IT IS ORDERED, ADJUDGED AND DECREED that Defendant Barrett Business Services, Inc. ("Defendant") did not breach the Employment Agreement by adjusting the branch manager profit sharing bonuses to account for the 30/20 ratio target.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant breached the Employment Agreement and violated California Labor Code section 201(a) by retroactively adjusting the third quarter 2005 branch manager profit sharing bonuses to account for workers' compensation expenses, and in doing so, cost Plaintiff Richard Kempf $29,961.00.  Kempf is entitled to recover this amount, plus prejudgment interest of $5179.56.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant did not willfully withhold Kempf's wages in violation of California Labor Code section 203.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover attorney's fees in the amount of $36,930.00 and litigation costs of $478.46 from Defendant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment be entered and is so entered in favor of Plaintiff Richard Kempf and against Defendant Barrett Business Services, Inc., in the total amount of $72,549.02, reflecting $29,961.00 in lost wages, $5179.56 in prejudgment interest, $36,930.00 in attorney's fees, and $478.46 in costs.

This represents the Court's final judgment with respect to the above-captioned action.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: November 20, 2007

_____
UNITED STATES DISTRICT JUDGE